UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

GARRY SEVERIN,

                                              Plaintiff,

-against-

CITY OF NEW YORK, TODD HABERSHAM, Individually,
TYRON POPE, Individually, CHRISTOPHER BRIECKE,
Individually, and JOHN and JANE DOE 1 through 10,
Individually, (the names John and Jane Doe being fictitious, as
the true names are presently unknown),,

                                              Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 2942 (SAS)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Leventhal & Klein, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201

By: _____
Brett H. Klein
*Attorney for Plaintiff*

Dated: New York, New York
July 2, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Habersham, Pope and Briecke*
100 Church Street, Rm. 3-313
New York, New York 10007

By: _____
Kate McMahon
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE